IN THE MATTER OF THE JUSTICES OF THE COUNTY COURT OF WAYNE COUNTY (MICHAEL INSTINE *versus* JOHN L. LEIB). 

JOURNAL ENTRIES (1826–28): *Journal 4:* (1) Motion for rule to show cause against mandamus *p. 107; (2) rule to show cause *p. 123; (3) motion for peremptory mandamus *p. 160; (4) motion to make rule absolute overruled *p. 203.

PAPERS IN FILE: (1) Motion for rule to show cause; (2) affidavit in support of motion; (3) copy of

76

rule to show cause; (4) return of county court to rule to show cause.
*1824–36 Calendar*, MS p. 123.